# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                                      PLAINTIFF
ADC #138119

V.                                      NO: 5:10CV00348 SWW/HDY

WENDY KELLEY *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff is allowed to proceed on his claim that Defendants Mehta, Bowman, Kittrell, D. Compton, Lula Goins, Gary Corker, Martin, Partin, and Wendy Kelley, were deliberately indifferent to his mental health needs.

2.   All of Plaintiff's other claims against all other Defendants are DISMISSED WITHOUT PREJUDICE as more appropriate for a different lawsuit, and the names of all other individuals are removed as party Defendants.

DATED this 23rd day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE