# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA STRICKLIN                                           PLAINTIFF
ADC #138119

V.                       NO: 5:10CV00348 SWW/HDY

WENDY KELLEY *et al.*                                           DEFENDANTS

## ORDER

      Plaintiff filed this complaint on December 6, 2010, and service was ordered. On July 1, 2011, the summons was returned unexecuted as to Defendant Mehta (docket entry #79). Service had been attempted in the care of counsel for the Arkansas Department of Correction's medical contractor. Although the summons was returned unexecuted, Mehta's last known address was provided and filed under seal. Accordingly, service will be attempted at that address.

      IT IS THEREFORE ORDERED THAT:

      1.      Mehta's last known addresses shall not be made part of any public record.

      2.      The Clerk of the Court shall prepare a summons for Mehta, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #7), and this order, on Mehta, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

      3.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

      IT IS SO ORDERED this __6__ day of July, 2011.

                                                                    UNITED STATES MAGISTRATE JUDGE