IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                                   PLAINTIFF
ADC #138119

V.                                           NO: 5:10CV00348 SWW

WENDY KELLEY *et al.*                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint (docket entry #88) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. All other pending motions are DENIED AS MOOT.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE