# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                                           PLAINTIFF
ADC #138119

V.                                          NO: 5:10CV00348 SWW

WENDY KELLEY *et al.*                                                                                   DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of September, 2011.

                                                /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE